## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MELANIE R. HUGHES MORRIS and<br>2. JESSE MORRIS, JR., husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>3. METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>a/k/a METLIFE AUTO & HOME,<br><br>    Defendant. | Case No. 18-cv-00299-GKF-FHM |

### NOTICE OF REMOVAL

COMES NOW the Defendant, Metropolitan Property and Casualty Insurance Company a/k/a Metlife Auto & Home, pursuant to 28 U.S.C. §1441, §1446, and LCvR 81.2, and gives notice of the removal of the above-captioned action, presently pending in the District Court of Tulsa County, State of Oklahoma, and styled Melanie R. Hughes Morris and Jesse Morris, Jr., husband and wife v. Metropolitan Property and Casualty Insurance Company a/k/a Metlife Auto & Home, Defendant, case number CJ-2018-1417, to the United States District Court for the Northern District of Oklahoma.

Removal is proper as this Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the case is a controversy between citizens of different states. Specifically, Plaintiffs are residents of Tulsa County and Defendants registered state is other than Oklahoma.

1

Attached hereto are copies of the original petition, summons, and entry of appearance and docket. The attachments to this notice constitute the entirety of the documents filed in the state court action.

                                              Respectfully submitted,

                                              /s/ Chris Harper_____
Chris Harper, OBA#10325
Phillip P. Owens II, OBA#15165
PO Box 5888
Edmond, OK 73083-5888
(405) 359-0600
FAX: (405) 340-1973
powens@chrisharperlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the \_\_\_ day of May, 2018, a true and correct copy of the above and foregoing document was mailed, with postage prepaid thereon to:

J. Drew Houghton
P.O. Box 890550
Oklahoma City, OK 73189

                                              /s/ Chris Harper_____