UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELANIE R. HUGHES MORRIS, and<br>JESSE MORRIS, JR., Husband and Wife<br><br>   Plaintiffs,<br><br>versus<br><br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>a/k/a METLIFE AUTO & HOME,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 18-CV-00299-GKF-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by and between the attorneys for Plaintiffs, Melanie R. Hughes Morris and Jesse Morris, Jr. ("Plaintiffs"), and the Defendant, Metropolitan Property and Casualty Insurance Company a/k/a Metlife Auto & Home ("Defendant"), that the above-captioned action is hereby dismissed with prejudice as adjudication on the merits, each party bearing its own fees and costs.

Dated: June 18, 2019.

Respectfully submitted,

*s/ J. Drew Houghton*
J. DREW HOUGHTON, OBA#18080
MERLIN LAW GROUP
211 N. Robinson Ave., Suite 210
Oklahoma City, OK   73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com

**-AND-**

Larry E. Bache, Jr.
Florida State Bar No. 91304
MERLIN LAW GROUP
777 South Harbour Island Boulevard,
Suite 950
Tampa, Florida 33602
Telephone: 813-229-1000
Facsimile: 813-229-3692
Email: lbache@merlinlawgroup.com
**ATTORNEYS FOR PLAINTIFFS**


*/s Chris Harper*
Chris Harper, OBA No. 10325
Phillip P. Owens II, OBA No. 15165
P.O. Box 5888
Edmond, OK 73083-5888
(405) 359-0600
FAX: (405) 340-1973
Email: charper@chrisharperlaw.com
**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2019, the foregoing was served upon the following Counsel of Record by CM/ECF electronic filing system upon filing with the Court:

Chris Harper, OBA No. 10325
Phillip P. Owens II, OBA No. 15165
P.O. Box 5888
Edmond, OK 73083-5888
Telephone: (405) 359-0600
Facsimile: (405) 340-1973
Email: charper@chrisharperlaw.com
**ATTORNEYS FOR DEFENDANT**

/s/ *J. Drew Houghton*
J. Drew Houghton